1  Jeremy T. Bergstrom, Esq.  E-filed on August 20, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-94231

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
6  LP

7  **UNITED STATES BANKRUPTCY COURT**
   **DISTRICT OF NEVADA**
8

   | In Re, | BK No.: BK-S-09-23737-LBR |
   |---|---|
   | CHRISTOPHER S. SMITH, | Chapter 13 |
   | Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Jeremy T. Bergstrom, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    2200 Paseo Verde Pkwy., Suite 250
    Henderson, NV  89052
    PH (702) 369-5960

                        MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   August 19, 2009         By:   /s/ Jeremy T. Bergstrom, Esq.
                                      Jeremy T. Bergstrom, Esq.
                                      Attorney for Secured Creditor

1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on   August 20, 2009   , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

<u>ATTORNEY FOR DEBTOR</u>:
David L. Tanner
7472 W. Sahara Ave., #101
Las Vegas, NV  89117

<u>CHAPTER 13 TRUSTEE</u>:
Kathleen A. Leavitt
201 Las Vegas Blvd S. Ste. 200
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

_____
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-94231/rfsnlv.dot/sla)**