**Entered on Docket**
**December 16, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Electronically Filed on _____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as successor Trustee to Bank of America, National Association,
(successor by merger to LaSalle Bank National Association) as Trustee for Morgan Stanley Loan Trust
2007-8XS
09-75649

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-23737-lbr |
| Christopher S. Smith | Date: 11/17/09<br>Time: 10:30 a.m. |
| Debtor | Chapter 13 |

1
2

**ORDER VACATING AUTOMATIC STAY**

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

4 above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

5 Secured Creditor U.S. Bank National Association, as successor Trustee to Bank of America,  National

6 Association, (successor by merger to LaSalle Bank National Association) as Trustee for Morgan

7 Stanley Loan Trust 2007-8XS, its assignees and/or successors in interest, of the subject property,

8 generally described as 1070 Stone Arches Dr., Henderson, NV 89052, and legally described as follows:

9
10         All that certain real property situated in the County of Clark, State of Nevada, described as
           follows: Lot Three (3) in Block One (1) on SUNRIDGE PHASE 1 (A COMMON INTEREST
11         COMMUNITY), as shown by Map thereof on file in Book 105 of Plats, page 64 in the office of
           the County Recorder, Clark County, Nevada.
12
           IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
13
Debtor at least five business days' notice of the time, place and date of sale.
14
15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

2    withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of

3    the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured

4    Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

5    DATED this _____ day of _____, 2009.

6    Submitted by:

7    **WILDE & ASSOCIATES**

8    By:___/s/Gregory L. Wilde, Esq____
9    **Gregory L. Wilde, Esq.**
     Attorney for Secured Creditor
10   208 South Jones Boulevard
     Las Vegas, Nevada 89107
11

12   APPROVED / DISAPPROVED

13   By:_____
     David L. Tanner
14   7472 W. Sahara Ave. #101
     Las Vegas, NV 89117
15   Attorney for Debtor(s)

16   Nevada Bar No:_____

17

18

19

20   APPROVED / DISAPPROVED

21   By:_____
     Kathleen A. Leavitt
22   201 Las Vegas Blvd. So., #200
     Las Vegas, NV 89101
23   Chapter 13 Trustee

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or  _x_ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or  _x_ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or  _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor